UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON,            )<br>                                               )<br>          Plaintiff,                       )<br>                                               )           Civil Action No. 07-0807<br>     v.                                        )           Judge James Robertson<br>                                               )<br>THE DISTRICT OF COLUMBIA, *et al.*,  )<br>                                               )<br>          Defendants.                   )<br>_____) | |

## DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant District of Columbia[1] hereby moves, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6), for an order dismissing plaintiff's Complaint. Plaintiff failed to serve the Mayor of the District of Columbia pursuant to Fed. R. Civ. P. 4(j) and has not filed affidavits of service. See Docket. Plaintiff's complaint must therefore be dismissed.

A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, is attached hereto.

Respectfully submitted,

LINDA SINGER
Attorney General for the District Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

  /s/ Patricia Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

---

[1] Plaintiff has also sued Marcia L. Slaughter and Shawnee Nowlin, but upon information and belief, neither defendants have not been served with the plaintiff's summons and complaint.

        /s/ Leah Taylor
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General, D.C.
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-7854 (202) 727-6295

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD RAY HINTON,              )<br>                                                      )<br>            Plaintiff,                         )<br>                                                      )         Civil Action No. 07-0807<br>v.                                                 )         Judge James Robertson<br>                                                      )<br>THE DISTRICT OF COLUMBIA, *et al.*,  )<br>                                                      )<br>            Defendants.                     )<br>_____) | |

### DEFENDANT DISTRICT OF COLUMBIA'S
### <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>
### <u>IN SUPPORT OF ITS MOTION TO DISMISS</u>
### <u>PLAINTIFF'S COMPLAINT</u>

In support of its Motion to Dismiss plaintiff's Complaint, the District of Columbia states as follows:

<u>Preliminary Statement</u>

Plaintiff avers that on May 6, 2006, while at Greater Southeast Community Hospital, he had a verbal confrontation with two D.C. Metropolitan Police officers, Officer Marcia Slaughter and Officer Shawnee Nowlin, which resulted in an unlawful assault and battery. *See Complaint, generally*. Plaintiff has filed suit against the District of Columbia, Officer Marcia Slaughter and Officer Shawnee Nowlin for the alleged misconduct. *See Complaint, generally*.

On May 11, 2007, plaintiff served the Office of the Attorney General with his complaint. However, Mayor Adrian Fenty, who is the Mayor and Chief Executive Officer for the District of Columbia, has not been served with the complaint. Moreover, plaintiff has not filed affidavits of service. See Docket. For the foregoing reasons, plaintiff's lawsuit against the District must be dismissed.

Argument

A. **Standard for Dismissal Pursuant to SCR-Civil 12(b)(5).**

SCR-Civil 12(b)(5) which mirrors Fed. R. Civ. P. 12(b)(5) states that dismissal is proper where there is insufficiency of service of process. "The party on whose behalf service is made has the burden of establishing its validity when challenged to do so, he must demonstrate that the procedure employed satisfied the requirements of the relevant portions of Rule 4 and any other applicable provision of law." *Light v. Wolf*, 259 U.S. App. D.C. 442, 816 F.2d 746, 751 (D.C. Cir. 1987) (internal quotations omitted); *Hilska v. Jones*, 217 F.R.D. 16, 20 (D.D.C. 2003). Therefore, dismissal is appropriate if the evidence shows that plaintiff's service of process was insufficient

B. Service Against the Defendant District of Columbia Was Improper and Mandates Dismissal.

Fed. P. Civil R. 4(j)(2) provides that:

> Service upon a state, municipal corporation or other governmental organization subject to suit shall be effected by delivering a copy of the summons and of the complaint to its chief executive officer or by serving the summons and complaint in the manner prescribed by the law of that state for the service of summons or other like process upon any such defendant.

The local rule, SCR-Civil 4(j ), provides that:

> Service shall be made upon the District of Columbia by delivering (pursuant to paragraph (c)(2) or mailing (pursuant to paragraph (c)(3) a copy of the summons and complaint and initial order to the Mayor of the District of Columbia (or designee) and the Corporation Counsel of the District of Columbia (or designee.)….

On or about May 11, 2007, plaintiff served the Office of the Attorney General with a copy of the complaint. The plaintiff did not serve the District's Chief Executive Officer, that is, the Mayor of the District of Columbia, in accordance with Fed. P. Civ. R. 4(j)(2). Therefore, plaintiff was required to follow the local rules for the District of Columbia and serve both the

4

Office of the Attorney General and the Mayor. Because plaintiff has failed to comply with either the federal or local rules for service, service has not been effected against the District of Columbia and dismissal is appropriate.

Conclusion

Plaintiff's claims against the District of Columbia may not be maintained for the reasons set forth above.

WHEREFORE, the District seeks dismissal of the instant lawsuit without prejudice.

> Respectfully submitted,
>
> LINDA SINGER
> Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> __/s/ Patricia Jones_____
> PATRICIA A. JONES [428132]
> Chief, General Litigation, Section IV
>
> _/s/ Leah Taylor_____
> LEAH BROWNLEE TAYLOR [488966]
> Assistant Attorney General, D.C.
> 441 4th Street, N.W.
> Washington, D.C. 20001
> (202) 724-7854 (202) 727-6295

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON, )<br>  )<br>     Plaintiff, )<br>  )<br>v. )<br>  )<br>THE DISTRICT OF COLUMBIA *et al*., )<br>  )<br>     Defendants. )<br>_____) | Civil Action No. 07-00807<br>Judge James Robertson |

### O R D E R

Upon consideration of District of Columbia's Motion to Dismiss, the response thereto, if any, and the record herein, it is by the Court this \_\_\_\_\_ day of _____, 2007,

ORDERED:   that the Motion is GRANTED for the reasons set forth in the motion; and it is

FURTHER ORDERED:   that plaintiff's Complaint be DISMISSED against the District of Columbia.

_____
JUDGE JAMES ROBERTSON