UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA et al. )<br>)<br>   Defendants )<br>_____ ) | Case No.: 1:07-cv-00807 |

### OPPOSITION TO DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Plaintiff, Donald Ray Hinton (hereinafter "Plaintiff"), by and through his attorneys, Louis Fireison & Associates, P.A., Louis Fireison, Esquire, and Vincent T. Lyon, Esquire, hereby opposes Defendant District of Columbia's Motion to Dismiss Plaintiff's Complaint, and states:

### PARTIES

9. On the morning of May 6, 2006, Plaintiff was on the fifth floor of the Hospital where he works.

10. Room 529 of the Hospital was occupied by a patient who was a prisoner of the Metropolitan Police Department.

11. Plaintiff became engaged in a confrontation with two police officers assigned to guard the prisoner. As a result of that confrontation, Plaintiff was assaulted, falsely arrested and imprisoned, was subjected to malicious prosecution, suffered severe emotional distress, and was otherwise denied his constitutional rights.

12. On or about May 3, 2007, Plaintiff filed the present law suit against the

1

District of Columbia, Marcia Slaughter, and Shawnee Nowlin.

13. On or about May 11, 2007, Plaintiff served the Office of the Attorney General with a copy of the Complaint and Summons.

14. On or about June 6, 2006, Plaintiff served the Mayor of the District of Columbia with a copy of the Complaint and Summons. (See attached Exhibit 1: Return of Service form).

15. Defendant District of Columbia brought the present motion solely on the grounds that the Mayor of the District of Columbia had not been served. Clearly the Mayor has been served and the Defendant's motion should be denied.

WHEREFORE, for the Plaintiff respectfully requests this Court

1. Deny Defendant District of Columbia's Motion to Dismiss Plaintiff's Complaint.

2. And for such further relief that the Court deems just and proper.

Respectfully submitted,

LOUIS FIREISON & ASSOCIATES, P.A.

By: _____
Louis Fireison, #103424

By: _____
Vincent T. Lyon, #MD16397
4550 Montgomery Avenue
Suite 910N
Bethesda, Maryland  20814-3344
(301) 652-7500

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD RAY HINTON ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | Case No.: 1:07-cv-00807 |
| ) | |
| THE DISTRICT OF COLUMBIA et al. ) | |
| ) | |
|    Defendants ) | |
| _____) | |

**<u>ORDER</u>**

UPON CONSIDERATION of Defendant District of Columbia's Motion to Dismiss Plaintiff's Complaint, and Plaintiff's Opposition thereto, it is by the Court this

_____ day of _____, 2007,

ORDERED, that Defendant District of Columbia's Motion to Dismiss Plaintiff's Complaint be and the same is hereby DENIED.

_____ JUDGE