**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DONALD RAY HINTON | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-cv-00807 |
| | ) | |
| THE DISTRICT OF COLUMBIA et al. | ) | |
| | ) | |
| Defendants | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

**<u>NOTICE OF FILING</u>**

Please attach the attached "Return of Service" (service.pdf) to Plaintiff's

Opposition to Defendant District of Columbia's Motion to Dismiss Plaintiff's Complaint

as "Exhibit 1".

Respectfully submitted,

LOUIS FIREISON & ASSOCIATES, P.A.

By:    ⎯⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯
Louis Fireison, #103424


By:    ⎯⎯⎯⎯⎯/s/⎯⎯⎯⎯⎯
Vincent T. Lyon, #MD16397
4550 Montgomery Avenue
Suite 910N
Bethesda, Maryland  20814-3344
(301) 652-7500

AO 440 (Rev. 8/01) Summons in a Civil Action

## AMENDED RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 5/11/2007 @ 12:02 pm |
|---|---|

| NAME OF SERVER *(PRINT)* Lorenzo Kenerson | TITLE Private Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

Personal service on Tabbitha Braxton, Authorized Representative of the Honorable Adrian Fenty, Mayor of the District of Columbia, at 1350 Pennsylvania Avenue NW, Washington, DC 20006

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/6/2007___
Date

*Signature of Server*
Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016

*Address of Server*

PLAINTIFF'S EXHIBIT 1

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.