UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA et al. )<br>)<br>   Defendants )<br>_____) | Case No.: 1:07-cv-00807 |

### NOTICE OF FILING

On or about May 31, 2007, Defendant, The District of Columbia, filed a Motion to Dismiss the present claim. On June 14, 2007, Plaintiff filed an Opposition (erroneously identified as a reply to opposition to motion) - Document #3. The Opposition inadvertently failed to attach Plaintiff's Exhibit 1. Please link the attached document here to document 3, Plaintiff's (erroneously identified) Reply.

Respectfully submitted,

LOUIS FIREISON & ASSOCIATES, P.A.

By:    /s/

Louis Fireison, #103424

By:    /s/

Vincent T. Lyon, #MD16397
4550 Montgomery Avenue
Suite 910N
Bethesda, Maryland 20814-3344
(301) 652-7500

**Washington Pre-Trial Services, Inc.**
4626 Wisconsin Avenue NW #300
Washington, DC 20016
(202) 887-0700
Fax: 887-0702
www.pretrial.com

**Louis Fireison, Esq.**
**Louis Fireison & Assocaites, P.A.**
**4550 Montgomery Avenue, Suite 910N**
**Bethesda, MD 20814-3344**

**Donald Ray Hinton vs. District of Columbia et al.**

Venue: US District Court - DC
Case Number: 1:07-cv-00807
Service of: Summons and Complaint

**Attached please find an Amended Return of Service which corrects the name of the Mayor of the District of Columbia. The original Return of Service referenced Anthony Williams instead of Adrian Fenty. We apologize for the oversight.**

Report date: June 7, 2007

*********************************************************************
WASHINGTON PRE-TRIAL SERVICES, INC.
*********************************************************************

# UNITED STATES DISTRICT COURT
## District of Columbia

DONALD RAY HINTON

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA ET AL.

CASE NU
Case: 1:07-cv-00807
Assigned To : Robertson, James
Assign. Date : 5/3/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

THE DISTRICT OF COLUMBIA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Louis Fireison, Esq.
Vincent T. Lyon, Esq.
LOUIS FIREISON & ASSOCIATES, P.A.
4550 Montgomery Avenue
Suite 910N
Bethesda, Maryland 20814-3344

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAY -3 2007
CLERK                             DATE

(By) DEPUTY CLERK

⬥AO 440 (Rev. 8/01) Summons in a Civil Action

| AMENDED **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>5/11/2007 @ 12:02 pm |
| NAME OF SERVER *(PRINT)*<br>Lorenzo Kenerson | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Personal service on Tabbitha Braxton, Authorized Representative of the Honorable Adrian Fenty, Mayor of the District of Columbia, at 1350 Pennsylvania Avenue NW, Washington, DC 20006

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $55.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/6/2007
            Date

*Signature of Server*

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.