AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DONALD RAY HINTON

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA ET AL.

CASE N١

Case: 1:07-cv-00807
Assigned To : Robertson, James
Assign. Date : 5/3/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

MARCIA L. SLAUGHTER
100 42nd St., NE
Washington, DC 20019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Louis Fireison, Esq.
Vincent T. Lyon, Esq.
LOUIS FIREISON & ASSOCIATES, P.A.
4550 Montgomery Avenue
Suite 910N
Bethesda, Maryland 20814-3344

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAY -3 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 8, 2007 at 1:28 pm |
| NAME OF SERVER (PRINT) Gary Dean | TITLE private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: James Courtney, spouse and co-resident at 7805 Harder Ct., Clinton, MD 20735

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $139.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/11/2007
             Date                    Signature of Server

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.