UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD RAY HINTON,             :
                               :
       Plaintiff,              :
                               :
   v.                          :   Civil Action No. 07-0807 (JR)
                               :
DISTRICT OF COLUMBIA, *et al.*,  :
                               :
       Defendants.             :

### ORDER

The District of Columbia's motion to dismiss [2] is **denied**, since the Mayor obviously has been served, but the Court notes: (1) the lack of any support in defendant's motion for the proposition that the "manner of service prescribed by the law" of the District is a Superior Court procedural rule; and (2) the erroneous docket entry by plaintiff, indicating that he was filing a "reply" rather than an "opposition."

The District now has ten days to answer the complaint.


                                    JAMES ROBERTSON
                              United States District Judge