FILED

JUL 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DONALD RAY HINTON,                :
                                  :
    Plaintiff,                    :
                                  :
v.                                : Civil Action No. 07-0807 (JR)
                                  :
DISTRICT OF COLUMBIA, *et al.*,   :
                                  :
    Defendants.                   :

### ORDER

Plaintiff's Motion for Alternative Service [10] was filed in violation of LCvR 7(a), under which all motions must "include or be accompanied by a statement of the specific points of law and authority that support the motion[.]" The motion is accordingly **DENIED** without prejudice.

It is **SO ORDERED**.

_____
JAMES ROBERTSON
United States District Judge

7/2/07