v.                                                    )          Case No.: 1:07-cv-00807

Case 1:07-cv-00807-JR    Document 12    Filed 07/29/2007    Page 1 of 1

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD RAY HINTON ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No.: 1:07-cv-00807 |
| ) | |
| THE DISTRICT OF COLUMBIA et al. ) | |
| ) | |
| Defendants ) | |
| ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Alternative Service and the information contained therein, it is by the court this _____ day of August, 2007

ORDERED, that Plaintiff's Motion for Alternative Service be and the same is hereby GRANTED, and it is further

ORDERED, that Plaintiff shall be permitted to serve Defendant Shawnee Nowlin by delivering a copy of the summons, complaint, and all other papers to the office of the Attorney General for the District of Columbia or with the supervisor at her place of employment.

_____
J   U   D   G   E

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, et al. )<br>)<br>Defendants )<br>_____ ) | Case No.: 1:07-cv-00807 |

### AFFIDAVIT

Kirk Hornbeck deposes and states:

1. I work for Washington Pre-Trial Services, Inc., a firm that provides private service of process.

2. The firm has attempted service on Shawnee Nowlin at her home over a dozen times.

3. At times there have been voices inside the home and a television on, but no one would answer the door.

4. Shawnee Nowlin appears to be avoiding service.

I DO SOLEMNLY declare and affirm under penalties of perjury that the matters and facts contained herein are true and correct to the best of my personal knowledge.

Kirk Hornbeck

Dated: July 26, 2007