UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, et al. )<br>)<br>    Defendants )<br>_____ ) | Case No.: 1:07-cv-00807 |

### MOTION FOR ALTERNATIVE SERVICE

Plaintiff, Donald Ray Hinton, by and through his undersigned counsel, respectfully moves this court for Alternative Service on Defendant Shawnee Nowlin and in support thereof states:

    1.    That Plaintiff has attempted service on Defendant Shawnee Nowlin on more than a dozen occasions and has been unable to serve Defendant Shawnee Nowlin.

    2.    That Plaintiff has confirmed the home address of Defendant Shawnee Nowlin with neighbors.

    3.    That Defendant Shawnee Nowlin has gone to extremes to avoid service (see attached Affidavit in support).

    4.    That Plaintiff attempted service upon Defendant Shawnee Nowlin at her place of employment but was informed Defendant Shawnee Nowlin is on leave. The employer refused to accept service on her behalf.

    5.    That all other Defendants have been served and have answered the Complaint.

6. That Attorney General has filed an answer on behalf of all Defendants except Defendant Shawnee Nowlin. It is anticipated that they will file an answer on her behalf since she is an employee of the District of Columbia.

WHEREFORE, in view of the above, Plaintiff prays:

1. That Plaintiff be permitted to serve Defendant Shawnee Nowlin by delivering a copy of the summons, complaint, and all other papers on the Attorney General for the District of Columbia or with the supervisor at her place of employment.

Respectfully submitted,

**LOUIS FIREISON & ASSOCIATES, P.A.**

By:      /s/   Louis Fireison
Louis Fireison  #103424
4550 Montgomery Avenue
Suite 910N
Bethesda, MD 20814
(301) 652-7500

Attorneys for Plaintiff

### POINTS AND AUTHORITIES

1. Fed. R. Civ. Pro. 4(e)

3. DC ST § 13-331

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA et al. )<br>)<br>    Defendants )<br>_____ ) | Case No.: 1:07-cv-00807 |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion for Alternative Service and the information contained therein, it is by the court this _____ day of August, 2007

ORDERED, that Plaintiff's Motion for Alternative Service be and the same is hereby GRANTED, and it is further

ORDERED, that Plaintiff shall be permitted to serve Defendant Shawnee Nowlin by delivering a copy of the summons, complaint, and all other papers to the office of the Attorney General for the District of Columbia or with the supervisor at her place of employment.

_____
J    U    D    G    E

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DONALD RAY HINTON )
)
   Plaintiff )
)
v. ) Case No.: 1:07-cv-00807
)
THE DISTRICT OF COLUMBIA, et al. )
)
   Defendants )
)

### AFFIDAVIT

Kirk Hornbeck deposes and states:

1.    I work for Washington Pre-Trial Services, Inc., a firm that provides private service of process.

2.    The firm has attempted service on Shawnee Nowlin at her home over a dozen times.

3.    At times there have been voices inside the home and a television on, but no one would answer the door.

4.    Shawnee Nowlin appears to be avoiding service.

I DO SOLEMNLY declare and affirm under penalties of perjury that the matters and facts contained herein are true and correct to the best of my personal knowledge.

                                                                                         Kirk Hornbeck

Dated: July 26, 2007