# THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD RAY HINTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 1:07-00807 (JR) |
| v, ) | |
| ) | |
| ) | |
| **THE DISTRICT OF COLUMBIA, *et al.*,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## PRAECIPE OF APPEARANCE

Please enter the appearance of Sally L. Swann, Assistant Attorney General, Office of the Attorney General, as counsel for the District of Columbia, and Marcia L. Slaughter and strike the appearance of Leah Brownlee Taylor as counsel for the District of Columbia and Marcia L. Slaughter, in the above-captioned matter.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

 /S/_____
PATRICIA A. JONES [428132 ]
Chief, General Litigation, Section IV

/S/_____
SALLY L. SWANN[1]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202)724–6519; (202)727-6295

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.