THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON, )<br>)<br>Plaintiff, )<br>)<br>v, )<br>)<br>)<br>THE DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:07-00807 (JR) |

## **DEFENDANT DISTRICT OF COLUMBIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

Defendants District of Columbia, by and through counsel, herein opposes Plaintiff's Motion for Alternative Service and states as follows:

1. Plaintiff's Motion for Alternative Service must be summarily denied because it does not comply with LCvR 7(m). LCvR 7(m) provides that "before filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, either in person or by telephone, in a good-faith effort to determine whether there is any opposition to the relief sought… A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed." There is no certification set forth in the motion that plaintiff contacted the District regarding the relief sought herein.

2. Fed. P. Civ. R. 4(e)(2) provides that "service may be effected in any judicial district of the United States by . ….(2) . . . delivering a copy of the summons and of the complaint *to an agent authorized by appointment or by law to receive service of process.*" The Office of the Attorney General is not an agent of defendant Shawnee Nowlin and has no authority to accept service on her

behalf.

3.       The Office of the Attorney General has not entered its appearance on behalf of defendant Nowlin because she has not sought representation, nor has she authorized it to file any briefs on her behalf.  To compel the District to accept service on behalf of a non-client violates Rule 4(e)(2).

4.       Even if the Office of the Attorney General had the authority to accept service, plaintiff's Motion for Alternative Service fails to indicate the time and date of each attempted service and the exact number of times service was attempted in order for the Court to appropriately determine whether the plaintiff's requested relief is warranted. See Plaintiff's Affidavit.

WHEREFORE, the District asks that plaintiff's Motion be denied.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

        /s/ Patricia A. Jones        
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

      /s/   Sally Swann              
SALLY L. SWANN[1]
Assistant Attorney General
441 Fourth St., N.W., 6th Floor South
Washington, D.C.  20001
(202) 724-6519; (202) 727-6295

---

[1] Appearing under Rule 49(c) (4) of the District of Columbia Court of Appeals, and LCvR83.2.

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON, )<br>)<br>  Plaintiff, )<br>)<br>v, )<br>)<br>)<br>THE DISTRICT OF COLUMBIA, *et al.,* )<br>)<br>  Defendants. ) | Civil Action No. 1:07-00807 (JR) |

**O R D E R**

Upon consideration of Plaintiff's Motion for Alternative Service, the District of Columbia's Opposition thereto, and the record herein, it is by the Court this _____ day of _____, 2007,

ORDERED:     that the Plaintiff's Motion for Alternative Service is DENIED for the reasons set forth in the District's opposition

_____
Judge James Robertson
U.S. District Court for the District of Columbia

11