## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON )<br>  )<br>  Plaintiff )<br>  )<br>  v. )<br>  )<br>THE DISTRICT OF COLUMBIA et al. )<br>  )<br>  Defendants )<br>_____ ) | Case No.: 1:07-cv-00807 |

### CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that on the 24th day of September, 2007, a copy of Plaintiff's Interrogatories and Request for Production of Documents to the District of Columbia, Marcia L. Slaughter and Shawnee Nowlin, and Notice of Deposition of Marcia L. Slaughter and Shawnee Nowlin were mailed, postage prepaid, to: Sally L. Swann, Esquire, Assistant Attorney General, 441 Fourth Street, N.W., 6th Floor South Washington, D. C. 20001 with a copy of this certificate attached. I will retain the original of said documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

**LOUIS FIREISON & ASSOCIATES, P.A.**

By:   /s/
Louis Fireison, Fed. I.D.# 103424
4550 Montgomery Avenue
Suite 910N
Bethesda, Maryland  20814-3344
(301) 652-7500

Attorneys for Plaintiff