UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-0807 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

**ORDER REFERRING TO MAGISTRATE JUDGE**

Upon agreement of the parties, it is **ORDERED** that this case is referred to a Magistrate Judge Kay of this Court for settlement. It is **FURTHER ORDERED** that all proceedings in this case are stayed for a period of 90 days after the date of this order. And it is **FURTHER ORDERED** that the parties file a status report on or before April 14, 2008.


JAMES ROBERTSON
United States District Judge