UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON )<br>    Plaintiff )<br>v. )<br>THE DISTRICT OF COLUMBIA, *et al.* )<br>    Defendants )<br>_____ ) | Case No.: 1:07-cv-00807 |

## ORDER

This matter having come before the court pursuant to a conference call with counsel for the parties, and it appearing to the court that Defendant Marcia Slaughter failed to appear for her fourth noted deposition on January 28, 2008 at 10:30 a.m., which was agreed to between the parties, it is by the court this _____ day of January, 2008, hereby

ORDERED, that Defendant Marcia Slaughter shall appear for her deposition on Tuesday, February 12, 2008, at 10:30 a.m. at the law office of Louis Fireison & Associates, P.A. located at 4550 Montgomery Avenue, Suite 910N, Bethesda, Maryland 20814, and it is further;

ORDERED, that if Officer Marcia Slaughter fails to appear for her deposition on February 12, 2008 for her deposition, the court will order a default judgment against her in favor of Plaintiff, and it is further

ORDERED, that Defendants shall pay to Plaintiff the sum of $_____ as and for counsel fees and shall reimburse Plaintiff for the deposition costs for failing to appear at her deposition on January 28, 2008, the

Court being of the opinion that Officer Marcia Slaughter's failure to appear for her fourth noted deposition was not justified, and judgment is entered herein, and it is further

ORDERED, that discovery for the Plaintiff shall be extended through February 29, 2008.

_____
Judge James Robertson