UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-0807 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

### ORDER

This matter having come before the court pursuant to a conference call with counsel for the parties, and it appearing to the court that defendant Marcia Slaughter failed to appear for her fourth noted deposition on January 28, 2008 at 10:30 a.m., which was agreed to between the parties, it is by the court

**ORDERED**, that defendant Marcia Slaughter shall appear for her deposition on Tuesday, February 12, 2008, at 10:30 a.m. at the law office of Louis Fireison & Associates, P.A., located at 4550 Montgomery Avenue, Suite 910N, Bethesda, Maryland 20814, and it is further

**ORDERED**, that if Officer Marcia Slaughter fails to appear for her deposition on February 12, 2008 for her deposition, the court will order the Clerk to enter her default, and it is further

**ORDERED**, that plaintiff is entitled to recover his reasonable counsel fees and costs for defendant Slaughter's failure to appear, and it is further

**ORDERED,** that discovery for the plaintiff shall be extended through February 29, 2008.

```
                              JAMES ROBERTSON
                         United States District Judge
```