UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case Number:  1:07-CV-00807 |
| ) | Judge Robertson |
| DISTRICT OF COLUMBIA, *et. al.,* ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANTS' MOTION TO EXTEND MOTIONS' DEADLINE**

Defendants District of Columbia, Shawnee Nowlin, and Marcia Slaughter, by and through undersigned counsel, hereby move this Court to grant an extension of time to file dispositive motions. As reasons therefore, the defendants represent as follows:

1.   This case concerns plaintiff Donald Hinton's claims that, while on duty as a registered nurse at Greater Southeast Community Hospital in Washington, D.C., he was falsely arrested for disorderly conduct by Metropolitan Police Department Officers Shawnee Nowlin and Marcia Slaughter. Plaintiff further alleges that during the arrest he was assaulted and battered by the officers when they tried to put handcuffs on him.

2.   On January 9, 2008, the Court referred this case to Judge Kay for mediation and stayed this case for a period of ninety (90) days. *See* Court's Order dated January 9, 2008, Docket No. 26. The Court further directed that the parties file a status report on or before April 14, 2008. *Id*.

3.   On January 11, 2008 by letter to the Court, the plaintiff, with consent of the defendants, requested that discovery be allowed to continue because the parties had scheduled depositions before the Court's stay of these proceedings. *See* Letter from Louis Fireison to Judge Robertson dated January 11, 2008, attached hereto as **Exhibit A**. The letter stated in part that "[i]t

is the intention of the parties to proceed with mediation and we will file status [sic] status report before April 14, 2008 as requested in your recent order." *Id*. The Court stated that it would allow the parties to continue with the depositions although the case was stayed.

4. On January 29, 2008, the Court entered an order compelling defendant Marcia Slaughter to appear for deposition and extended discovery of plaintiff until February 29, 2008. *See* Court's Order dated January 29, 2008, Docket No. 29.

5. Defendant Slaughter was deposed on February 12, 2008.

6. On February 14, 2008, the parties participated in mediation before Magistrate Judge Alan Kay. The parties were unable to settle this case at this time.

7. Currently, dispositive motions are due on February 15, 2008. The Court did not extend the motions' deadline.

8. As a result of the stay, mediation, the parties' request to continue with discovery, and the press of other business, these defendants need additional time in which to obtain defendant Slaughter's deposition testimony, and to draft and file their dispositive motion.

9. Federal Rule of Civil Procedure 6(b)(1) states that "[w]hen by these Rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order…." This motion is being filed prior to expiration of the current deadlines.

10. These defendants request a fifteen (15) day extension of the dispositive motion deadline, or until March 3, 2008. No party will be unduly prejudiced, nor will the extension disrupt this Court's schedule.

WHEREFORE, for the reasons stated herein, the District requests that the Court grant its consent motion to enlarge discovery and all other court ordered deadlines.

>Respectfully submitted,
>
>PETER J. NICKLES
>Interim Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>/s/ Patricia A. Jones
>PATRICIA A. JONES [428132]
>Chief, General Litigation Sec. IV
>
>/s/Zuberi B. Williams
>MICHAEL BRUCKHEIM [455192]
>ZUBERI BAKARI WILLIAMS[1]
>Assistant Attorney General
>Office of the Attorney General
>441 Fourth Street, N.W.;  Suite 6N013
>Washington, D.C. 20001
>Office: (202) 724-6649: (202) 724-6650; (202) 727-6295
>Facsimile: (202) 727-3625
>Email:  Zuberi.Williams@dc.gov

## **RULE 7(m) CERTIFICATION**

On February 14, 2008, at the parties' mediation, plaintiff's counsel was asked for his consent regarding the relief herein sought.  Plaintiff's counsel denied the requested relief, thereby necessitating the filing of this motion.

>/s/ Patricia A. Jones
>PATRICIA A. JONES

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.

3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Case Number:  1:07-CV-00807 |
| ) | Judge Robertson |
| DISTRICT OF COLUMBIA, *et. al.,* ) | |
| ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND MOTIONS' DEADLINE

In support of the Motion to Extend Motions' Deadline, the defendants rely upon the following list of authorities:

1. Federal Rule of Civil Procedure 6(b)(1).

2. The Court's equitable powers.

3. The record herein.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

    /s/Zuberi B. Williams
    MICHAEL BRUCKHEIM [455192]
    ZUBERI BAKARI WILLIAMS
    Assistant Attorney General
    Office of the Attorney General
    441 Fourth Street, N.W.;  Suite 6N013
    Washington, D.C. 20001
    Office: (202) 724-6649; (202) 724-6650; (202) 727-6295
    Email:  Zuberi.Williams@dc.gov

LAW OFFICES

# LOUIS FIREISON & ASSOCIATES, P.A.

SUITE 910 NORTH
AIR RIGHTS CENTER
4550 MONTGOMERY AVENUE
BETHESDA, MARYLAND 20814-3344

(301) 652-7500

LOUIS FIREISON
PATRICIA H. LEY***

OF COUNSEL
DANIEL J. BLUM**
NICHOLAS N. KITTRIE*
VINCENT T. LYON**

*ADMITTED IN D.C. ONLY
**ADMITTED IN MARYLAND AND D.C. ONLY
***ADMITTED IN MARYLAND ONLY

WASHINGTON, D.C. OFFICES
1825 K STREET, N W
SUITE 905
WASHINGTON, D.C. 20006

VIRGINIA OFFICES
3680 WHEELER AVENUE
ALEXANDRIA, VIRGINIA 22304
(703) 461-0500

January 11, 2008

Honorable James Robertson
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    RE:    **Donald Hinton v. The District of Columbia, et al**
            **Case No.: 1:07-cv-00807**

Dear Judge Robertson:

      I have discussed your Order dated January 8, 2008 with counsel for the defendant's. We have agreed that discovery will continue pursuant to the Order entered on August 31, 2007. Subsequent to the entry of the Order, discovery was extended by the court though January 30, 2008. In addition, all other dates indicated in the scheduling order will remain unchanged.

      It is the intention of the parties to proceed with mediation and we will file status report on or before April 14, 2008 as requested in your recent order.

      If you have any questions, please feel free to contact me. Your courtesy in this matter is greatly appreciated.

                              Very truly yours,

                              **LOUIS FIREISON & ASSOCIATES, P.A.**

                              By: _____
                                    Louis Fireison

LF/jf
cc: Michael P. Bruckheim, Esquire
Z:\Hinton, Donald\Correspondence\Robertson.01.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON, )<br>)<br>　　　　Plaintiff )<br>)<br>　　v. )<br>)<br>DISTRICT OF COLUMBIA, *et. al.,* )<br>)<br>　　　　Defendants. ) | Case Number: 1:07-CV-00807<br>Judge Robertson |

**ORDER**

Upon consideration of the Defendants District of Columbia, Shawnee Nowlin, and Marcia Slaughter's Motion to Enlarge Motions' Deadline, their supporting Memorandum of Points and Authorities, and the entire record herein, it is, this ____ day _____, 2008,

ORDERED, that the said motion be, and hereby is, GRANTED for the reasons set forth herein, and it is,

FURTHER ORDERED, the Scheduling Order be amended to reflect that Motions' Deadline is extended until March 3, 2008.

So ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Judge Robertson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court for D.C.