FILED
FEB 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON, | ) |
| Plaintiff | ) |
| v. | ) Case Number: 1:07-CV-00807 |
| | ) Judge Robertson |
| DISTRICT OF COLUMBIA, *et. al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Defendants District of Columbia, Shawnee Nowlin, and Marcia Slaughter's Motion to Enlarge Motions' Deadline, their supporting Memorandum of Points and Authorities, and the entire record herein, it is, this 15th day February, 2008,

ORDERED, that the said motion be, and hereby is, GRANTED for the reasons set forth herein, and it is,

FURTHER ORDERED, the Scheduling Order be amended to reflect that Motions' Deadline is extended until March 3, 2008.

So ORDERED.

JAMES ROBERTSON
United States District Judge