**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

DONALD RAY HINTON                )
                                 )
    Plaintiff                )
                                 )
    v.                       )        Case No.: 1:07-cv-00807
                                 )
THE DISTRICT OF COLUMBIA, et al. )
                                 )
    Defendants               )
_____)

## OPPOSITION TO DEFENDANTS' MOTION TO EXTEND MOTIONS' DEADLINE

COMES NOW Plaintiff, Donald Ray Hinton, by and through undersigned counsel and hereby opposes Defendants' Motion to Extend Motions' Deadline and for the reasons therefore states:

1.    That on or about August 30, 2007 this court entered a Scheduling Order. That Order stated ". . that any dispositive motions be filed by January 31, 2008 . . " The dates in the Scheduling Order were agreed to by counsel for the parties.

2.    On or about January 4, 2008, the parties through counsel appeared before this Honorable Court for a hearing on Plaintiff's Motion to Compel.

3.    On that same date, the parties agreed to have this matter referred to Magistrate Judge Kay for mediation.  As such, the Honorable James Robertson entered an order referring this matter to Magistrate Judge Kay for settlement.

3.    Subsequent to the entry of this order, counsel for the parties agreed to the continuance of discovery through January 30, 2008 and the extension to file dispositive motions by February 15, 2008. The parties notified this Court of such intention, which this Court allowed.

4.    On or about January 28, 2008, Defendant Marcia Slaughter failed to appear for her fourth noted deposition.

5.    On that same date, counsel for the parties had a conference call with the

1

Honorable James Robertson for guidance on how to resolve this discovery issue.   A consent order was issued by Judge Robertson compelling Defendant Slaughter to appear for her deposition on February 12, 2008.  During that same conference call, Defendants' counsel requested that the deadline for the filing of dispositive motions be extended.  Plaintiff's counsel vehemently opposed such request as any and all delay of discovery was due to Defendants' own failure to comply.

6.    Judge Robertson indicated that discovery for the plaintiff shall be extended through February 29, 2008 and that the filing deadline for dispositive motions **was not** to be extended.

7.    There is no reason why Defendants could not have timely filed their dispositive motions.  Defendants claim that additional time is necessary to obtain Defendant Slaughter's deposition transcripts.  This is absurd.  However, Defendants' counsel was present at the deposition and knows everything that was testified to by his own client on that date.

8.    Defendants attempt to continue to delay this matter to the detriment of Plaintiff.  Judge Robertson has previously denied the relief that Defendants' are requesting in their instant motion.  Instead of filing a dispositive motion by the February 15, 2008 deadline, Defendants have disregarded Judge Robertson's prior denial of Defendants' request to extend the dispositive motions deadline and once again asks this court for that extension by filing a written Motion to Extend Motions Deadline on this last day for filing motions. This is typical of the manner Defendants have proceeded to continue to delay this case and their continuing refusal to provide necessary discovery.

9.    Defendants have filed this instant motion without substantial justification and Plaintiff would request that this Court award attorney's fees for having to oppose such motion as it was previously addressed by this Court. Defendants have not

provided any additional arguments to justify their delay.

        10.     A pretrial and trial date are already scheduled in this matter.  Any delay in this case will further prejudice Plaintiff.  Plaintiff has already been prejudiced by Defendants' failure to comply with discovery in a timely manner.  This court should not reward Defendants for their own failure to comply with discovery in a timely manner.

        WHEREFORE, Plaintiff respectfully requests:

        1.     That Defendants' Motion to Extend Motions Deadline be denied,

        2.     That Defendants be required to pay attorney's fees and expenses associated with the filing of this instant motion.

        3.     And for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**LOUIS FIREISON & ASSOCIATES, P.A.**

BY:            /s/
            Louis Fireison, Fed. I.D.# 103424

BY:            /s/
            Patricia H. Ley, Fed. I.D.# MD17181
            4550 Montgomery Avenue
            Suite 910N
            Bethesda, Maryland  20814-3344
            (301) 652-7500

            Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

DONALD RAY HINTON )
)
    Plaintiff )
)
    v. )    Case No.: 1:07-cv-00807
)
THE DISTRICT OF COLUMBIA, *et al.* )
)
    Defendants )
_____)

## <u>ORDER</u>

    Upon consideration of Defendants' Motion to Extend Motions Deadline, and any opposition thereto, it is by this Court on this _____day of _____, 2008, hereby

    ORDERED, that Defendants' Motion to Extend Motions Deadline be and the same is hereby DENIED, it is further

    ORDERED, that Defendants shall pay to Plaintiff the sum of $_____ as and for counsel fees, the Court being of the opinion that the filing of Defendants' Motion to Extend Motions Deadline was not justified, and judgment is entered herein.

                                    _____
                                      Judge James Robertson