UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DONALD RAY HINTON )
    Plaintiff )
    v. ) Case No.: 1:07-cv-00807
THE DISTRICT OF COLUMBIA, et al. )
    Defendants )

## MOTION TO VACATE

COMES NOW Plaintiff, Donald Ray Hinton, by and through undersigned counsel and hereby respectfully requests that this Honorable Court vacate its order entered on February 19, 2008 and for the reasons therefore states:

1. That on or about February 15, 2008, Defendants filed a Motion to Extend Motions' Deadline in the above-captioned case.

2. That on that same date, the Honorable Richard J. Leon signed an order granting Defendants' motion, which was entered into the Electronic Case Filing system on February 20, 2008.

3. That Plaintiff was not provided an opportunity to file an opposition to Defendants' motion prior to this Court's ruling on the motion. Defendants failed to notify the court that the same request was previously denied by the court.

4. That on or about February 20, 2008, Plaintiff electronically submitted his opposition to Defendants' Motion to Extend Motions Deadline.

5. That Plaintiff was unaware that this court had entered a ruling on this motion until he was filing his Opposition to Defendants' Motion to Extend Motions Deadline.

6. That in the interest of justice, Plaintiff urges this Court vacate its order granting Defendants' Motion to Extend Motions Deadline and consider Plaintiff's

1

opposition prior to ruling on the motion. As this Court will see, Defendants' request to extend the dispositve motions deadline was previously denied by this Court.

WHEREFORE, Plaintiff respectfully requests:

1. That the Plaintiff's Motion to Vacate be granted,

2. And for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**LOUIS FIREISON & ASSOCIATES, P.A.**

BY: /s/
Louis Fireison, Fed. I.D.# 103424

BY: /s/
Patricia H. Ley, Fed I.D. #MD17181
4550 Montgomery Avenue
Suite 910N
Bethesda, Maryland 20814-3344
(301) 652-7500

Attorneys for Plaintiff

**POINTS AND AUTHORITY**

1. LCvR 7(b)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON )<br>)<br>  Plaintiff )<br>)<br>  v. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al*. )<br>)<br>  Defendants )<br>_____ ) | Case No.: 1:07-cv-00807 |

### ORDER

Upon consideration of Defendants' Motion to Vacate, and any opposition thereto, it is by this Honorable Court on this _____ day of _____, 2008, hereby

ORDERED, that Defendants' Motion to Vacate be and is hereby GRANTED, it is further

ORDERED, that the order signed by Judge Richard J. Leon on February 15, 2008 granting Defendants' Motion to Extend Motions Deadline be and is hereby vacated.

_____
Judge James Robertson