UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case Number: 1:07-CV-00807 |
| ) | Judge Robertson |
| DISTRICT OF COLUMBIA, *et. al.,* ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO VACATE**

Defendant District of Columbia, by and through undersigned counsel, hereby files this opposition to Plaintiff's Motion to Vacate the Court's February 19, 2008, order granting an enlargement of time to file dispositive motions (the "Order").[1]  As reasons therefore, the District represents as follows:

1.  This case concerns plaintiff Donald Hinton's claims that, while on duty as a registered nurse at Greater Southeast Community Hospital in Washington, D.C., he was falsely arrested for disorderly conduct by Metropolitan Police Department Officers Shawnee Nowlin and Marcia Slaughter.  Plaintiff further alleges that during the arrest he was assaulted and battered by the officers when they tried to put handcuffs on him.

2.  Plaintiff alleges two reasons that the Court should vacate the Order:  (1) that the Court ruled before plaintiff could file an opposition and (2) defendants failed to notify the Court that this Court previously denied the extension request.

3.  First, the defendants take no position on plaintiff's argument that he Court ruled before it had an opportunity to answer.  However, defendants requested and were granted only a two-week extension.  There does not exist, nor does plaintiff allege, **any prejudice** stemming from

---

[1] Although the Order states that it was signed on February 15, 2008, the Order was not filed until February 19, 2008.

the Court's ruling. Absent such a showing, the Court's Order should remain untouched. Additionally, the Motion does not dispose of the entire case; rather it narrows the issues and claims for the Court. The defendant's Motion for Partial Summary Judgment should be fully considered by this Court as causes no prejudice to any party.

4. Second, by Order, dated January 29, 2008, this Court extended discovery for plaintiff until February 29, 2008. As these defendants stated in their motion to extend at ¶ 7, the "Court did not extend the motions' deadline." Defs. Mot. for Extension ¶ 7. A review of docketing reflects that these defendants never formally filed for any enlargements of discovery, including the motions' deadline, in this case prior to the February 15, 2008, filing. These defendants in good faith believed that it was proper for them to formally file for relief because of the belated February 12, 2008, deposition of the named defendant, and the time spent at mediation on February 14, 2008, the day before the dispositive motion was due. Based on this record, these defendants, in good faith, sought relief from this Court.

WHEREFORE, for the reasons stated herein, the defendants request that the Court deny plaintiff's Motion to Vacate this Court's February 19, 2008, Order.

        Respectfully submitted,

        PETER J. NICKELS
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Patricia A. Jones
        PATRICIA A. JONES [428132]
        Chief, General Litigation Sec. IV

/s/Zuberi B. Williams
MICHAEL BRUCKHEIM [455192]
ZUBERI BAKARI WILLIAMS[2]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W.;  Suite 6N013
Washington, D.C. 20001
Office: (202) 724-6650; (202) 727-6295
Facsimile: (202) 727-3625
Email:  Zuberi.Williams@dc.gov

---

[2] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON, | ) |
| Plaintiff | ) |
| v. | ) Case Number: 1:07-CV-00807 |
| | ) Judge Robertson |
| DISTRICT OF COLUMBIA, *et. al.,* | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of plaintiff's Motion to Vacate this Court's February 19, 2008, Order, their supporting Memorandum of Points and Authorities, defendants' opposition thereto, and the entire record herein, it is this ____ day _____, 2008,

ORDERED, that the said motion be, and hereby is, DENIED.

So ORDERED.

_____
The Honorable Judge Robertson
United States District Court for D.C.