UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | Case No.: 1:07-cv-00807 |
| ) | |
| THE DISTRICT OF COLUMBIA et al. ) | |
| ) | |
|    Defendants ) | |
| _____) | |

## REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO VACATE

Plaintiff, Donald Ray Hinton (hereinafter "Plaintiff"), by and through his attorneys, Louis Fireison, Esquire, Patricia H. Ley, Esquire, and Louis Fireison & Associates, P.A., hereby replies to Defendants' Opposition to Plaintiff's Motion to Vacate and for the reasons therefore states:

    1.    Contrary to Defendants' assertions, Plaintiff did allege and does suffer prejudice from this Court's granting of Defendants' Motion to Extend Motions Deadline. In Plaintiff's opposition to Defendants' motion requesting an extension to file their dispositive motion, he specifically stated, "a pretrial and trial date are already scheduled in this matter.  Any delay in this case will further prejudice Plaintiff.   Plaintiff has already been prejudiced by Defendants' failure to comply with discovery in a timely manner.  This court should not reward Defendants for their own failure to comply with discovery in a timely manner."

    2.    Pursuant to LCvR 16.4, "the court may modify the scheduling order at any time *upon a showing of good cause*."

1

3.      That on January 28, 2008, during the telephone conference with the Honorable James Robertson, Plaintiff was granted an extension to complete discovery, at which time Defendants requested to extend the deadline for filing dispositive motions. This Court did not find good cause to allow the extension for filing dispositive motions and therefore, specifically indicated that the filing deadline for dispositive motions was not be to extended.

4.      Notwithstanding the prejudice that Plaintiff suffers as a result of delay, Defendants have not provided any reason that would warrant an extension of time to file a dispositive motion. Defendants base their request on the need to obtain defendant Officer Marcia Slaughter's deposition transcript.[1] As Officer Slaughter failed to appear for her fourth noted deposition and was subsequently court ordered to appear for her deposition, any delay in obtaining a deposition transcript was caused by Defendants themselves. Furthermore, Defendants' counsel was present at the deposition. This is not good cause.

5.      Absent a showing of good cause, Defendants should not be provided an extension of time to file motions. A court's scheduling order is issued to keep cases on track and proceeding in a timely fashion and unless there is good reason where justice requires modification of the scheduling order, cases should not be delayed, especially if one of the parties is prejudiced by such delay. In addition, the parties agreed to the scheduling order and the date for filing dispositive motions was extended to a date

---

[1] On March 3, 2008, Defendants filed a Partial Motion for Summary Judgment. However, no where in the motion does it refer to Officer Marcia Slaughter's testimony during her deposition, nor was any portion of Officer Slaughter's deposition attached as an exhibit.

agreed to in open court by Defendants.

    6.    While Defendants may have wanted to formally file for an enlargement of discovery as they contend in their opposition, this Court should maintain its original position and deny their second request.

    WHEREFORE, Plaintiff respectfully requests this Honorable Court:

    1.    Grant Plaintiff's Motion to Vacate this Court's February 19, 2008 order,

    2.    And for such further relief that the Court deems just and proper.

Respectfully submitted,

**LOUIS FIREISON & ASSOCIATES, P.A.**

By**:**    /s/ Louis Fireison
    Louis Fireison, #103424

By**:**    /s/ Patricia H. Ley
    Patricia H. Ley, MD #17181
    4550 Montgomery Avenue
    Suite 910N
    Bethesda, Maryland 20814-3344
    (301) 652-7500

Attorneys for Plaintiff

**POINTS AND AUTHORITY**

1) LCvR 16.4

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON | ) |
|    Plaintiff | ) |
| v. | ) Case No.: 1:07-cv-00807 |
| THE DISTRICT OF COLUMBIA, *et al*. | ) |
|    Defendants | ) |

## ORDER

Upon consideration of Defendants' Motion to Vacate, and any opposition thereto, it is by this Honorable Court on this _____day of _____, 2008, hereby

ORDERED, that Defendants' Motion to Vacate be and is hereby GRANTED, it is further

ORDERED, that the order signed by Judge Richard J. Leon on February 15, 2008 granting Defendants' Motion to Extend Motions Deadline be and is hereby vacated.

                                                                            _____
                                                                           Judge James Robertson