**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DONALD RAY HINTON,          :
                            :
    Plaintiff,              :
                            :
  v.                        : Civil Action No. 07-0807 (JR)
                            :
DISTRICT OF COLUMBIA, *et al.*,  :
                            :
    Defendants.             :

### ORDER

    Plaintiff moves to vacate the order of the motions judge granting defendant additional time to file its dispositive motion but neither identifies nor demonstrates any prejudice arising from the brief extension of time. It was in the interest of justice to allow a brief additional period of time to file a dispositive motion after a deposition had just been taken, and the motion [33] is accordingly **denied.**


                                    JAMES ROBERTSON
                       United States District Judge