**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DONALD HINTON, | : |
| | : |
|     Plaintiff, | : |
| v. | :    Civil Action No. #1:07-cv-00807 (JR) |
| | : |
| DISTRICT OF COLUMBIA, *et. al.,* | : |
| | : |
|     Defendants. | : |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of said Court will please **withdraw** the appearance of Michael P. Bruckheim on behalf of the Defendants District of Columbia, Shawnee Nowlin, and Marcia Slaughter.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    __\s_____
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

    ___\s_____
    MICHAEL P. BRUCKHEIM [455192]
    Assistant Attorney General
    441 4TH Street, NW, 6th Floor-South
    Washington, D.C.  20001
    202-724-6649; 202-727-6295