UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA et al. )<br>)<br>   Defendants )<br>_____ ) | Case No.: 1:07-cv-00807 |

### STATUS REPORT

Pursuant to this Court's January 9, 2008 order, Plaintiff hereby files a status report in the above-referenced matter and states:

1. The parties have reached a settlement in this matter.

2. Plaintiff is currently waiting for the necessary paperwork from the District of Columbia and upon finalization of settlement, a praecipe for dismissal will be filed with this Court.

Respectfully submitted,

**LOUIS FIREISON & ASSOCIATES, P.A.**

By:   /s/ Louis Fireison
      Louis Fireison, #103424

By:   /s/ Patricia H. Ley
      Patricia H. Ley, MD #17181
      4550 Montgomery Avenue
      Suite 910N
      Bethesda, Maryland 20814
      (301) 652-7500