# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-0807 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

## NOTICE TO COUNSEL

The parties advised the Court on 3/29/08 that they had settled, but no stipulation of settlement and dismissal has been filed. Counsel will TAKE NOTICE that, absent good cause shown by 4/28/08, this case will be closed and marked settled and dismissed on 4/30/08.

JAMES ROBERTSON
United States District Judge