UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD RAY HINTON )<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, et al. )<br>)<br>   Defendants )<br>) | Case No.: 1:07-cv-00807 |

PRAECIPE

Plaintiff, Donald Ray Hinton, by and through undersigned counsel withdraws his Motion to Enforce Settlement Agreement since the issues set forth therein have been resolved.

Respectfully submitted,

**LOUIS FIREISON & ASSOCIATES, P.A.**

By: /s/ Louis Fireison
     Louis Fireison, #103424

By: /s/ Patricia H. Ley
     Patricia H. Ley, MD #17181